**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 4:21-CR-301** |
| **V.** | |
| **CHRISTOPHER KNIGHT LOPEZ,**<br>**JAYSON LOPEZ** | |

## <u>ORDER</u>

Pending before the Court is the United States' Unopposed Motion to Unseal

Case. Having considered the Motion,

IT IS ORDERED that the United States' Motion to Unseal Case is

GRANTED. The case is ORDERED to be UNSEALED.

Signed _7 March 2025._

_____
The Honorable Keith P. Ellison
United States District Judge